Kirill Samoroukov, Plaintiff-Appellant,
against
Vladimir Kamenev, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Paul A. Goetz, J.), entered March 1, 2016, which denied his motion for an award of costs and disbursements.




Per Curiam.
Order (Paul A. Goetz, J.), entered March 1, 2016, affirmed, without costs.
We find no abuse of discretion in the denial of statutory costs to plaintiff, where both the complaint and the counterclaims were dismissed (see CPLR 8101; Michaels v Cooper, 245 AD2d 1103 [1997]; Raab v Dumblewski, 226 AD2d 1021, 1024 [1996]; see also 14 Weinstein—Korn—Miller, NY Civ Prac ¶ 8101.15 [2nd ed]). Nor is plaintiff entitled to disbursements (see CPLR 8301[a], [c]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 14, 2017